AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ALIBABA.COM HONG KONG LIMITED, et al. )<br>Plaintiff )<br>v. )<br>P.S. PRODUCTS, INC., et al. )<br>Defendant ) | Civil Action No. |

E-filing

EMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Billy Pennington
414 S. Pulaski Street
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darryl M. Woo (CSB No. 100513)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300 | Fax: (415) 281-1350 | dwoo@fenwick.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
CLERK OF COURT

Date: OCT - 1 2010

Signature of Clerk or Deputy Clerk

MARY ANN BUCKLEY



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA

Case Number: CV 10 4457

Plaintiff:
**ALIBABA.COM HONG KONG LIMITED, ET AL**
vs.
Defendant:
**P.S. PRODUCTS, INC., ET AL**

For: Mr. Darryl M. Woo
    FENWICK & WEST LLP

Received by MYERS ATTORNEY'S SERVICE on the 4th day of October, 2010 at 2:44 pm to be served on **BILLY PENNINGTON, 414 S PULASKI ST, LITTLE ROCK, AR 72201**. I, _Audw Myers_, being duly sworn, depose and say that on the _6_ day of _October_, 20_10_ at _10:40_ a.m. executed service by delivering a true copy of the **SUMMONS, REPORT ON FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, WELCOME PACKAGE, ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES, COMPLAINT, CIVIL COVER SHEET** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

( ) SUBSTITUTE SERVICE: BY SERVING _____ AS

( ) DELIVERED DOCUMENTS:SEE COMMENTS BELOW:

(X) OTHER SERVICE: SEE COMMENTS BELOW:

( ) NON SERVICE SEE COMMENTS BELOW

SERVICE COMPLETED AT: _1020 w 4th St #400, Little Rock, AR 72201_

COMMENTS: _Authorized to accept by Attorney Chris Stewart_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

NOTARY PUBLIC

Youree Crook
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 03/21/2015

PROCESS SERVER #
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
**300 Spring Building**
**300 Spring Street, Suite 612**
**Little Rock, AR 72201**
**(501) 376-6266**
Our Job Serial Number: 2010004916