IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIBABA.COM HONG KONG LIMITED, a Hong Kong corporation, and ALIBABA.COM, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, and individual,<br><br>      Defendants.<br>                                         / | No. C 10-04457 WHA<br><br>**ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING** |

The parties' stipulation to continue the case management conference and the hearing on defendants' motion to dismiss for lack of personal jurisdiction has been reviewed. The proposed date of February 17, 2011 for both the conference and the hearing would result in undue delay. The case management conference remains scheduled for **11:00 AM ON JANUARY 13, 2011.** The hearing is continued to **8:00 A.M. ON JANUARY 13, 2011** in order to allow for plaintiffs' jurisdictional discovery.

**IT IS SO ORDERED.**

Dated: November 16, 2010.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE