1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALIBABA.COM HONG KONG LTD., a Hong
Kong corporation, and ALIBABA.COM., INC.,
a Delaware corporation,

        Plaintiff,

  v.

P.S. PRODUCTS INC., an Arkansas
corporation, and BILLY PENNINGTON, an
individual,

        Defendants.

_____/

No. C 10-04457 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

      Pursuant to defendants' motion to continue the case management due to a family medical

emergency, the Court CONTINUES the case management conference to FEBRUARY 3, 2011, AT

11:00 A.M.  Please file a joint case management statement no later than seven days prior.

Please note there will be no further continuances.

      **IT IS SO ORDERED.**

Dated:  January 7, 2011.

                             _____
                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE