IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSICO DIVISION

| | |
|---|---|
| ALIBABA.COM HONG KONG LIMITED,a Hong Kong Corporation and ALIABABA.COM, INC., a Delaware corporation | CASE NO. CV-10-04457 WHA |
| Plaintiffs, | |
| v. | |
| P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual, | **PARTIES STIPULATION AND ~~[PROPOSED]~~ ORDER ON DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | |

WHEREAS, Plaintiffs Alibaba.com Hong Kong Limited and Alibaba, Inc., (collectively "Alibaba") filed this declaratory judgment action on October 1, 2010;

WHEREAS, the Defendants P.S. Products, Inc. and Billy Pennington (collectively, "Defendants") filed their Motion to Dismiss on October 27, 2010;

WHEREAS, Plaintiffs filed an Amended Complaint on December 22, 2010;

WHEREAS, the Defendants filed their second Motion to Dismiss on January 26, 2011;

WHEREAS, a Case Management Conference was held on February 3, 2011 whereby the Court stayed the current case pending the outcome of a decision by the United States District Court for the Eastern District of Arkansas (Case No. 10-cv-1149 JMM)(Dkt. No. 35);

WHEREAS, on March 10, 2011 the United States District Court for the Eastern District of Arkansas (Case No. 10-cv-1149 JMM) issued an Order dismissing the sole remaining Defendant for lack of personal jurisdiction (Dkt. No. 36);

WHEREAS, on March 15, 2011 this Court issued an Order lifting the stay in this action and directed to the Defendants to withdraw their pending Motion to Dismiss or re-notice the motion (Dkt. No. 37);

WHEREAS, the Defendants elect to withdraw their Motion to Dismiss (Dkt. No. 30);

WHEREAS, the parties have conferred and agreed that the Defendants' deadline to file its responsive pleadings to the Plaintiff's First Amended Complaint shall be April 22, 2011;

NOW THEREFORE, IT IS STIPULATED BY THE UNDERSIGNED PARTIES that:

1.     Defendants' Second Motion to Dismiss is hereby withdrawn by the Defendants;

2.     Defendants' deadline to file it responsive pleadings to the Plaintiff's First Amended Complaint shall be April 22, 2011.

SO STIPULATED.

Dated:  March 15, 2011                    FENWICK & WEST LLP

                                          By:  /s/ Ryan J. Marton
                                                    Ryan J. Marton

                                          Attorneys for Plaintiff Vendio Services, Inc.

Dated:  March 15, 2011                    STEWART LAW FIRM

                                          By:  /s/ Chris H. Stewart
                                                    Chris H. Stewart

                                          Attorneys for Defendants
                                          P.S. Products, Inc. and Billy Pennington

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Chris H. Stewart, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of March 2011, at Little Rock, Arkansas.

STEWART LAW FIRM

By: /s/ Chris H. Stewart
                    Chris H. Stewart

Attorneys for Defendants
P.S. Products, Inc. and Billy Pennington

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March  15 , 2011                    By: _____
                                               Honorable William    Alsup