IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIBABA.COM HONG KONG LIMITED, a Hong Kong corporation, and ALIBABA.COM, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>  v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>             Defendants.<br>_____/ | No. C 10-04457 WHA<br><br>**ORDER REGARDING MOTION FOR ISSUANCE OF LETTER ROGATORY** |

On July 15, 2011, defendants filed a motion for issuance of a letter rogatory to assist with the taking of foreign discovery (Dkt. No. 47). Plaintiffs may file an opposition or response to the motion by **JULY 25, 2011**. There will be no reply. Defendants, however, are requested to clarify paragraph 15 of the proposed letter rogatory, which states: "The Court respectfully requests that the attendance of participation of judicial personnel of the requesting authority at the execution of the Letter of Request" (Dkt. No. 47-1). This is not a sentence, and its intended meaning is unclear. Defendants shall please file a clarification by **NOON ON JULY 20, 2011**.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE