1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  RYAN J. MARTON (CSB NO. 223979)
   rmarton@fenwick.com
3  LESLIE A. KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
4  FENWICK &WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile: (415) 281-1350

7  Attorneys for Plaintiffs Alibaba.com Hong Kong
   Limited and Alibaba.com, Inc.

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ALIBABA.COM HONG KONG LIMITED, a          Case No.  3:10-cv-04457 WHA
    Hong Kong corporation, and ALIBABA.COM,
    INC., a Delaware corporation,              **JOINT STIPULATION AND**
13                                             ~~**[PROPOSED]**~~ **ORDER REQUESTING**
                                               **TO CONTINUE MEDIATION**
14              Plaintiffs,                     **DEADLINE**
         v.
15
    P.S. PRODUCTS, INC., an Arkansas
16  corporation, and BILLY PENNINGTON, an
    individual,
                Defendants.
17

18       WHEREAS, Plaintiffs Alibaba.com Hong Kong Limited and Alibaba.com, Inc.

19  (collectively, "Plaintiffs") filed this declaratory judgment action on October 1, 2010 against

20  Defendants P.S. Products, Inc. and Billy Pennington (collectively, "Defendants");

21       WHEREAS, on October 25, 2010 this matter was assigned to the Honorable William H.

22  Alsup;

23       WHEREAS, Defendants filed a Motion to Dismiss on October 27, 2010;

24       WHEREAS, Plaintiffs filed a First Amended Complaint on December 22, 2010;

25       WHEREAS, Defendants filed their second Motion to Dismiss on January 26, 2011;

26       WHEREAS, a Case Management Conference was held on February 3, 2011 whereby the

27  Court stayed this case pending the outcome of a decision by the United States District Court for

28  the Eastern District of Arkansas (Case No. 10-cv-1149 JMM) (Dkt. No. 35);

STIPULATION TO CONTINUE MEDIATION DEADLINE                      CASE NO. 3:10-CV-04457 WHA

FENWICK  & WEST LLP
ATTORNEYS   AT LAW
SAN FRANCISCO

1   WHEREAS, on March 10, 2011 the United States District Court for the Eastern District of

2   Arkansas (Case No. 10-cv-1149 JMM) issued an Order dismissing the sole remaining Defendant

3   for lack of personal jurisdiction (Dkt. No. 36);

4   WHEREAS, on March 15, 2011 the Court issued an Order lifting the stay in this action

5   and directed the Defendants to withdraw their pending Motion to Dismiss or re-notice the motion

6   (Dkt. No. 37);

7   WHEREAS, per stipulation of the parties, Defendants filed their Answer to the First

8   Amended Complaint and Counterclaims on April 21, 2011;

9   WHEREAS, a Case Management Conference was held on May 5, 2011;

10   WHEREAS, the Court issued a Case Management Order and Reference to ADR Unit for

11   Mediation on May 6, 2011;

12   WHEREAS, the current deadline for the parties to conduct mediation is August 4, 2011

13   pursuant to Alternative Dispute Resolution Local Rule 6-4;

14   WHEREAS, the parties and the mediator, Mr. Ian N. Feinberg, have agreed to conduct the

15   said mediation on August 25, 2011;

16   WHEREAS, the parties seek an extension of the deadline to conduct mediation such that

17   the parties are not in violation of this Court's Local Rules for Alternative Dispute Resolution;

18   NOW THEREFORE, SUBJECT TO THE COURT'S APPROVAL IT IS STIPULATED

19   BY THE UNDERSIGNED PARTIES that the deadline to conduct mediation in this action is

20   extended to August 25, 2011.

21   SO STIPULATED.

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE MEDIATION DEADLINE            2            CASE NO. 3:10-CV-04457 WHA

Dated:  July 28, 2011

FENWICK & WEST LLP

By:  /s/ Ryan J. Marton
                     Ryan J. Marton

Attorneys for Plaintiffs Alibaba.com Hong Kong
Limited and Alibaba.com, Inc.

Dated:  July 28, 2011

STEWART LAW FIRM

By:  /s/ Chris H. Stewart
                    Chris H. Stewart

Attorneys for Defendants P.S. Products, Inc. and
Billy Pennington

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE MEDIATION DEADLINE

3

CASE NO. 3:10-CV-04457 WHA

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ryan J. Marton, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of July 2011, at San Francisco, California.

FENWICK & WEST LLP

By: /s/ Ryan J. Marton
                                        Ryan J. Marton

Attorneys for Plaintiffs Alibaba.com Hong Kong Limited and Alibaba.com, Inc.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _ July 28 ____, 2011                    By: _____
                                                                    Honorable William   Alsup

STIPULATION TO CONTINUE MEDIATION DEADLINE                    4                    CASE NO. 3:10-CV-04457 WHA