IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIBABA.COM HONG KONG LTD, | No. C 10-04457 WHA |
| Plaintiff, | |
| v. | **ORDER LIFTING PRÉCIS SYSTEM** |
| P.S. PRODUCTS INC., | |
| Defendant. / | |

    A précis system was put in place in this action as a prerequisite to bringing motions because the undersigned judge was in a large-scale criminal trial. The trial has now ended. The précis system is hereby lifted and motions may now be brought without regard to seeking advanced permission. Counsel are still requested to take care to engage only in fruitful motion practice.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE