**CHRIS H. STEWART** (Ark. Bar No. 03-222)
arklaw@comcast.net
*Admission Pro Hac Vice*
**STEWART LAW FIRM**
904 Garland Street
Little Rock, AR 72201
Telephone: (501) 353-1364
Facsimile: (501) 353-1263

**DAVID R. OWENS,** State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI,** State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111. N. Market St., Suite 730
San Jose, California 95113
Telephone:     408.298.8200
Facsimile:     408.521.2203

Attorneys for Defendants
P.S. Products, Inc. and Billy Pennington

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSICO DIVISION

| | |
|---|---|
| ALIBABA.COM HONG KONG LIMITED, a Hong Kong Corporation and ALIABABA.COM, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>    Defendants. | CASE NO. CV-10-04457 WHA<br><br><br><br><br><br>**AFFIDAVIT OF CHRIS STEWART IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT** |

1

COMES NOW, Chris Stewart, being duly sworn, states upon oath that:

1. I am an attorney licensed to practice law before this Court and I represent Defendants, P.S. Products, Inc., and Billy Pennington, individually. I submit this declaration in support of the Defendants' Response to the Plaintiffs' Motion for Summary Judgment.

2. On October 1, 2010, the Defendants' filed this action against Billy Pennington, Indiviually and P.S. Products, Inc., in the Northern District of California for Declaratory Judgment of Non-Infringement. Please see **Dkt. No. 1**.

3. On April 21, 2011, the Defendants filed Counterclaims against Alibaba Hong Kong Limited and Alibaba.com, Inc., for direct and induced patent infringement for offering sell and selling products that embody the Patents-in-Suit on its websites www.alibaba.com and www.aliexpress.com. Please see **Dkt. No. 41**.

4. Cindy Chow was deposed by the Defendants in Hong Kong on October 6, 2011. Cindy Chow is Senior Finance Director for Alibaba Hong Kong and was identified by the Plaintiff, Alibaba Hong Kong, in its Initial Disclosures to have knowledge of the operation of the accused websites. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of said deposition.

5. Elsa Wong was deposed by the Defendants in Hong Kong on October 7, 2011. Elsa Wong is Senior Legal Director for Alibaba Hong Kong and was identified by the Plaintiff, Alibaba Hong Kong, in its Initial Disclosures to have knowledge of the Product Listing Policy and Take Down Policy. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of said deposition.

6. Annie Xu was deposed by the Defendants in Mountain View, California on November 4, 2011. Annie Xu is General Manager of Alibaba.com, Inc., and was identified by

the Plaintiff, Alibaba.com, Inc., in its Initial Disclosures to have knowledge of the business operations Alibaba.com, Inc.  Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of said deposition.

7. Daniel Draper was deposed by the Defendants in San Francisco, California on March 15, 2012.  Daniel Draper is an Operations Specialist for Trust and Safety for Alibaba Hong Kong and was identified by the Plaintiff, Alibaba Hong Kong, in its Initial Disclosures to have knowledge of the policies and procedures with respect to prohibited products on the accused websites.  Mr. Draper's deposition transcript was filed under seal as **Exhibit 4**.

8. Brian Kam Leng Tak was deposed by the Defendants in San Francisco on March 15, 2012.  Brian Kam Leng Tak is a member of the Sales Department of Alibaba Hong Kong and was identified by the Plaintiff, Alibaba Hong Kong, in its Initial Disclosures to have knowledge of the policies and procedures related to the sale of Alibaba.com memberships.  Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of said deposition.

9. On July 25, 2011 Alibaba Hong Kong served its Answers to the Defendants' First Set of Interrogatories.  Attached as **Exhibit 6** is a true and correct copy of responses.

10. On July 25, 2011 Alibaba Hong Kong served its Answers to the Defendants' First Set of Requests for Admissions.  Attached as **Exhibit 7** is a true and correct copy of responses.

11. On July 25, 2011 Alibaba.com served its Answers to Defendants First Set of Interrogatories.  Attached as **Exhibit 8** is a true and correct copy of responses.

12. July 25, 2011 Alibaba.com served its Answers to Defendants First Set of Requests for Admissions.  Attached as **Exhibit 9** is a true and correct copy of responses.

13. On October 31, 2011 Alibaba Hong Kong served its Answers to the Defendants' Second Set of Interrogatories.  Attached as **Exhibit 10** is a true and correct copy of responses.

14. On October 31, 2011 Alibaba.com served its Answers to Defendants Second Set of Interrogatories. Attached as **Exhibit 10** is a true and correct copy of responses.

15. On March 30, 2012 Alibaba Hong Kong served its Amended Answers to the Defendants' First Set of Interrogatories. Attached as **Exhibit 11** is a true and correct copy of responses.

16. On March 30, 2012 Alibaba.com served its Amended Answers to Defendants First Set of Interrogatories. Attached as **Exhibit 12** is a true and correct copy of responses.

17. On March 30, 2012 Alibaba Hong Kong served its Amended Answers to the Defendants' Second Set of Interrogatories. Attached as **Exhibit 13** is a true and correct copy of responses.

18. On March 30, 2012 Alibaba.com served its Amended Answers to Defendants Second Set of Interrogatories. Attached as **Exhibit 14** is a true and correct copy of responses.

19. Attached as **Exhibit 15** are true and correct copies of documents produced by Alibaba Hong Kong in this action related to Alipay Escrow Fees and Processes. These documents can be accessed on www.alibaba.com.

20. Attached as **Exhibit 16** is a true and correct copy of an Alibaba member application produced by Alibaba Hong Kong in this action and its translated copy.

Dated this 18th day of April, 2012.

_____
Chris Stewart, Affiant

4

## ACKNOWLEDGMENT

State of Arkansas

County of Pulaski

On this the 15th day of April, before me, *Katherine Matson* the undersigned, personally appeared Chris Stewart, known satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes and consideration therein contained.

In witness whereof I hereunto set my hand and official seal.

*Katherine Matson*
Notary

KATHERINE MATSON
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires February 26, 2021
Commission No. 12380961

5