IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALIBABA.COM HONG KONG LTD, and
ALIBABA.COM, INC.,

    Plaintiffs,

  v.

P.S. PRODUCTS INC., and BILLY
PENNINGTON,

    Defendants.

No. C 10-04457 WHA

**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION**

    Plaintiffs request leave to file a motion for reconsideration of a prior order denying their motion for summary judgment. Under Local Rule 7-9(b)(3), plaintiffs must show: "A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Plaintiffs have failed to do so.

    *First*, plaintiffs introduce a new legal argument: that they cannot be liable for direct infringement under "offer for sale" unless they write the description of the allegedly infringing merchandise and set the price. This legal argument was not presented in their prior briefs. Moreover, plaintiffs fail to cite a Federal Circuit decision that directly supports this argument.

    *Second*, plaintiffs do not show a manifest failure by the Court to consider material facts. Instead, plaintiffs argue that the "only reasonable inference from [the material facts]" is in their favor (Br. 10). This order disagrees for reasons stated in the prior order.

    For the reasons stated, plaintiffs' request for leave to file a motion for reconsideration is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 23, 2012.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE