IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIBABA.COM HONG KONG LIMITED, a Hong Kong corporation, and ALIBABA.COM, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, and individual,<br><br>    Defendants.<br>                                              / | No. C 10-04457 WHA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL AND DENYING DEFENDANT'S MOTION TO SEAL (Dkt. Nos. 66, 73)** |

     Plaintiff Alibaba.com Hong Kong Limited moves to seal keywords contained in paragraph 23 of the Wong Declaration in support of its motion for summary judgment of non-infringement (Dkt. No. 66). A supporting declaration is filed with plaintiff's motion, establishing that the keywords at issue are used to combat the listing of certain restricted products from its website including pharmaceuticals, weapons, drugs, and products that violate intellectual property rights. Public disclosure of this information would harm plaintiff by potentially undermining its efforts to prevent these transactions (Marton Decl. ¶¶ 3, 5). Plaintiff's motion is accordingly **GRANTED.**

     Defendant P.S. Products, Inc. moves to seal the deposition testimony of Daniel Draper pursuant to Local Rule 79-5(b). The entire document was marked by plaintiffs as "confidential

— attorney's eyes only." Because plaintiffs have not provided a supporting declaration showing that plaintiffs would be harmed by public disclosure of this material, defendant's motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: May 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE